FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 2 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Shegynova, Irina Emilova<br>DEFENDANT(S). | CASE NUMBER<br>SACR10-266-DOC<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Monday May 2, 2011__, at __1:45__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __4/28/11__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge